UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E.,<br><br>            Plaintiff,<br><br>     v.<br><br>SSA COMMISSIONER,<br><br>            Defendant. | Case No.  24-cv-04522-VC<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 21 |

      The claimant in this Social Security case contends she is disabled and unable to work due to a variety of mental health disorders, including a personality/mood disorder, an eating disorder, and post-traumatic stress disorder. The claimant was hospitalized three times during the disability period based on these conditions, with each hospitalization lasting several days. When someone is hospitalized at least three times for multiple days due to mental health disorders, this is a strong indication that their mental health disorders present a significant obstacle to functioning in a work environment. But the ALJ's decision denying benefits did not give meaningful consideration to those hospitalizations. She effectively wrote them off, saying they were voluntary and that in each instance the claimant was stabilized after a few days. Even assuming that's true (and there's some indication in the record that it's not with respect to the third hospitalization), three multi-day hospitalizations for mental health disorders is significant evidence of disability, not evidence to be discarded. Indeed, the evidence of the hospitalizations is far more significant than the fact that the claimant took voice lessons, or traveled between Florida and California, or visited family in Michigan. Because the ALJ did not consider all the other evidence against the backdrop of the hospitalizations (including Paul's extensive notes, the

opinions of the physicians, the lack of consistent medication, and the evidence mentioned in the preceding sentence), remand for further consideration is warranted. But the claimant's request to remand for an award of benefits is denied, because it is not clear from the current record that the claimant is disabled.

**IT IS SO ORDERED.**

Dated: May 29, 2025

VINCE CHHABRIA
United States District Judge